IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAR 1 0 2008

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

REBECCA MCDONALD, on behalf of ) CASE NO: 1:07-cv-00172 IMK
herself and her minor child, E.S., )
        Plaintiffs, )
)
vs. )
)
84 LUMBER COMPANY, )
        Defendant. )

## ORDER PERMITTING COUNSEL TO
## PARTICIPATE IN RULE 16 CONFERENCE BY TELEPHONE

It is hereby ORDERED that counsel for the parties in the above-referenced matter are granted leave to participate telephonically in the Rule 16(b) scheduling conference on March 10, 2008, at 1:30 p.m.

BY THE COURT: *March 10, 2008*

*Irene M. Keeley*
Honorable Irene M. Keeley
Chief, U. S. District Judge